**Date of Arrest: 11/15**

# United States District Court

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Jose Carmelo IBARRA-Palomares<br>216570671<br>YOB: 1994<br>Citizen of: Mexico<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Case No. 26-01927MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about November 15, 2026, Defendant Jose Carmelo IBARRA-Palomares, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Phoenix, Arizona on or about August 17, 2025. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Louie Uhl

AUSA Louis Uhl

Victor Martinez
Signature of Complainant

Zane Pettibone
Border Patrol Agent

Sworn to before me and subscribed telephonically,

November 16, 2026 at Yuma, Arizona
Date City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Jose Carmelo IBARRA-Palomares
216570671

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 15, 2026, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near San Luis, Arizona on or about March 11, 2018. The Defendant has been removed on four (4) previous occasions. The Defendant was most recently removed on or about August 17, 2025, through the port of Phoenix, Arizona.

Border Patrol Agents determined that on or about November 15, 2026, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs D. Chavez and H. Lozani.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA J. Arriaga.

Victor Martinez
Signature of Complainant

Sworn to before me and subscribed telephonically,

November 16, 2026
Date

Signature of Judicial Officer